FORM CACB (od13g VAN–159) (03/2012)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 TRUSTEE'S MOTION TO DISMISS
# [11 U.S.C. §§ 1307 AND 349]

**DEBTOR INFORMATION:**
Jeremy Ephraim Morrissey
aka Jeremy Laufer

**BANKRUPTCY NO.** 2:12–bk–49337–VZ

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–9822
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 1/10/13

**Address:**
6226 Rodgerton Drive
Los Angeles, CA 90068

Pursuant to the Chapter 13 Trustee's motion to dismiss ("Motion") and supporting declaration in this case,

IT IS ORDERED that the Motion is granted, and:

(1)   debtor's bankruptcy case is dismissed;

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and

(3)   pursuant to Bankruptcy Code Section 349, debtor is prohibited from filing any new bankruptcy petition unless:

   (a)   debtor files a motion to request permission to file a new bankruptcy case and the motion is supported by admissible evidence such as a declaration under penalty of perjury;

   (b)   debtor schedules a hearing on the motion for a date that is at least 21 days after the motion is filed;

   (c)   debtor serves the motion on all creditors at least 21 days before the hearing; and

   (d)   the court grants the motion.

Dated: January 10, 2013

BY THE COURT,
**Vincent P. Zurzolo**
United States Bankruptcy Judge