| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Rabin J. Pournazarian, Bar No. 186735<br>**PRICE LAW GROUP, APC**<br>6345 Balboa Blvd., Suite 247<br>Encino, CA  91316<br>(818) 995-4540 Telephone<br>(818) 995-9277 Facsimile<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Debtor | **FILED & ENTERED**<br><br>MAY 25 2023<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** johnson **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -<u>LOS ANGELES</u> DIVISION**

| In re:<br>JEREMY EPHRAIM MORRISSEY<br><br>Debtor(s). | CASE NO.: **2:12-bk-49337-VZ**<br>CHAPTER: **13**<br><br>**ORDER:**<br>☐ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☒ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |

**Movant** (*name*): JEREMY EPHRAIM MORRISSEY

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: **MOTION FOR ORDER VACATING BAR TO REFILING TO ALLOW DEBTOR TO FILE A NEW BANKRUPTCY**

    b. *Date of filing of motion:* **5/24/2023**

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: **5/24/2023**

3. Based upon the court's review of the application, it is ordered that:

    a. ☒ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☐ The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☐  A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** <br> **Time:** <br> **Courtroom:** | **Place:** <br> ☐ 255 East Temple Street, Los Angeles, CA 90012 <br> ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 <br> ☐ 3420 Twelfth Street, Riverside, CA 92501 <br> ☐ 411 West Fourth Street, Santa Ana, CA 92701 <br> ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ <br> Date: <br> Time: | (B) _Persons/entities to be provided with telephonic notice:_ <br><br><br> ☐ See attached page <br> (C) _Telephonic notice is also required upon_ the United States trustee |
|---|---|

(3) ☐  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

(A)  ☐ Personal Delivery   ☐ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☐ Email*

| (B) _Deadlines:_ <br> Date: <br> Time: | (C) _Persons/entities to be served with written notice and a copy of this order:_ <br><br> ☐ See attached page <br> (D) S_ervice is also required upon_: <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's copy personally delivered to chambers <br>    (*see Court Manual for address*) |
|---|---|

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*  Page 2  **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

---

(B) *Deadlines:*
Date:

Time:

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

☐ See attached page

(D) *Service is also required upon*:
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

---

(5) ☐ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

---

(B) *Deadlines:*
Date:

Time:

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon*:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

---

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

| (B) *Deadlines:* <br> Date: <br><br> Time: | (C) *Persons/entities to be served with written reply to opposition:* <br> -- All persons/entities who filed a written opposition <br><br> (D) *Service is also required upon*: <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's Copy personally delivered to chambers <br>   (*see Court Manual for address*) |
|---|---|

(7) ☐ Other requirements:

(8) ☐ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
>
> ☐ no later than:    Date:         Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: May 25, 2023

/s/ Vincent P. Zurzolo
Vincent P. Zurzolo
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 4     **F 9075-1.1.ORDER.SHORT.NOTICE**